# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>WISCONSIN ELECTIONS COMMISSION, *et al.*,<br><br>                Defendants. | Civil Action No. 3:25-cv-1036 |

## MOTION TO INTERVENE

**PLEASE TAKE NOTICE** that the Wisconsin Alliance for Retired Americans and Forward Latino ("Proposed Intervenors"), through their undersigned counsel, hereby move to intervene pursuant to Federal Rule of Civil Procedure 24. The grounds for this motion are set forth in the accompanying brief and corresponding declarations.

In compliance with Rule 24(c), Proposed Intervenors attach a proposed "pleading" herewith. *See* Ex. A. Proposed Intervenors reserve the right to file a Rule 12 motion ahead of any deadline set by the Court or the Federal Rules.

Counsel for Proposed Intervenors contacted Plaintiff's counsel for its position on this motion but has not yet heard back as of the date of this filing. And no attorney has yet entered an appearance on behalf of the Defendants. Thus, the undersigned will notify the Court of the parties' positions as soon as possible.

Dated: December 20, 2025

Diane M. Welsh
(Wisconsin State Bar No. 1030940)
**PINES BACH LLP**
122 West Washington Ave., Suite 900
Madison, WI 53703
T: (608) 251-0101
F: (608) 251-2883
dwelsh@pinesbach.com

*Respectfully submitted,*
*/s/ Omeed Alerasool*

David R. Fox*
Christina Ford*
Omeed Alerasool
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
cford@elias.law
oalerasool@elias.law

*Application for admission forthcoming

*Counsel for Proposed Intervenors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

                                                 */s/ Omeed Alerasool*
                                                 Omeed Alerasool