AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>WISCONSIN ELECTIONS COMMISSION, ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-01036 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mark L. Thomsen
Wisconsin Elections Commision
201 West Washington Avenue, Second Floor
Madison, Wisconsin 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brittany E. Bennett
Civil Rights Division, Voting Section
U.S. Department of Justice
4 Constitution Square
150 M Street NE, 8.137
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*