**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cv-01036 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WISCONSIN ELECTIONS COMMISSION, ET AL. | Complaint/Summonses/Attachments |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wisconsin Elections Commission

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve on Administrator Meagan Wolfe's office.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 90
District to Serve No. 90
Signature of Authorized USMS Deputy or Clerk: *S R Chester*
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge  Chief Admin Officer
Date: 12-30-2025
Time: 10:02 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:
*S R Chr*

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cv-01036 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WISCONSIN ELECTIONS COMMISSION, ET AL. | Complaint/Summonses/Attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Carrie Riepl, Commissioner of the Wisconsin Elections Commission
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 90
District to Serve No.: 90
Signature of Authorized USMS Deputy or Clerk: *S. R. Chasta*
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sharrie Hauge, Chief Admin Officer
Date: 12-30-2025
Time: 10:02 [X] am [ ] pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: *S. R. Chasta*

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** <br> UNITED STATES OF AMERICA | **COURT CASE NUMBER** <br> 3:25-cv-01036 |
| **DEFENDANT** <br> WISCONSIN ELECTIONS COMMISSION, ET AL. | **TYPE OF PROCESS** <br> Complaint/Summonses/Attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Meagan Wolfe, Administrator of the Wisconsin Elections Commission
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 90
District to Serve: No. 90
Signature of Authorized USMS Deputy or Clerk: *S. R. Chastu*
Date: 12/29/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge Chief Admin Officer
Date: 12-30-2025
Time: 10:02 ☒ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: *S. R. Chas*

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cv-01036 |
| DEFENDANT | TYPE OF PROCESS |
| WISCONSIN ELECTIONS COMMISSION, ET AL. | Complaint/Summonses/Attachments |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mark L. Thomsen, Commissioner of the Wisconsin Elections Commission

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

*Brittany E. Bennett*

TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 90
District to Serve No.: 90
Signature of Authorized USMS Deputy or Clerk: *S. R. Chester*
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge, Chief Admin Officer

Date: 12-30-2025
Time: 10:02 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: *S. R. Ch—*

Costs shown on *attached USMS Cost Sheet* >>

REMARKS:

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:25-cv-01036 |
|---|---|
| DEFENDANT<br>WISCONSIN ELECTIONS COMMISSION, ET AL. | TYPE OF PROCESS<br>Complaint/Summonses/Attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert F. Spindell, Jr., Commissioner of the Wisconsin Elections Commission
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 90
District to Serve No.: 90
Signature of Authorized USMS Deputy or Clerk: *S. R. Chester*
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge Chief Admin Officer
Date: 12-30-2025
Time: 10:02 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: *S. R. Chester*

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cv-01036 |
| DEFENDANT | TYPE OF PROCESS |
| WISCONSIN ELECTIONS COMMISSION, ET AL. | Complaint/Summonses/Attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Don M. Millis, Commissioner of the Wisconsin Elections Commission
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 90
District to Serve No. 90
Signature of Authorized USMS Deputy or Clerk
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge Chief Adm. Officer
Date: 12-30-2025
Time: 10:02 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cv-01036 |
| DEFENDANT | TYPE OF PROCESS |
| WISCONSIN ELECTIONS COMMISSION, ET AL. | Complaint/Summonses/Attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marge Bostelmann, Commissioner of the Wisconsin Elections Commission
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Brittany E. Bennett
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 90
District to Serve No. 90
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge Chief Admin Officer
Date: 12-30-2025
Time: 10:02 [X] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cv-01036 |
| DEFENDANT | TYPE OF PROCESS |
| WISCONSIN ELECTIONS COMMISSION, ET AL. | Complaint/Summonses/Attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ann S. Jacobs, Commissioner of the Wisconsin Elections Commission
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 West Washington Avenue, Second Floor, Madison, WI 53703

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany E. Bennett
4 Constitution Square
150 M Street NE, RM 8.137
Washington D.C. 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 12/29/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 90
District to Serve No. 90
Signature of Authorized USMS Deputy or Clerk
Date: 12/29/2025

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Sharrie Hauge  Chief Administrative Officer
Date: 12-30-2025
Time: 10:02 [X] am  [ ] pm
Signature of U.S. Marshal or Deputy

Address (complete only different than shown above)

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21