# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br>  v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>  *Defendants.* | 25-cv-1036-amb |

**[PROPOSED] MOTION TO DISMISS OF COMMON CAUSE, MELISSA ADAMS, AMANDA MAKULEC, AND JAIME RIEFER**

In accordance with Fed. R. Civ. P. 12(b)(6), Proposed Intervenor-Defendants Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer move the Court to dismiss the Complaint filed by the United States of America, Dkt. 1. Because the United States has not provided a statutorily sufficient basis and purpose to support the relief it seeks in its Complaint—a demand that the Court order the Wisconsin Elections Commission, its Commissioners, and its Administrator to produce to the United States Wisconsin's unredacted voter file—the Complaint should be dismissed. Moreover, the Court should dismiss the Complaint before it takes any briefing on the United States' outstanding motion to compel and without ruling on that motion. The grounds supporting the Intervenor-Defendants' Motion to Dismiss are fully set forth in the accompanying brief.

WHEREFORE, Proposed Intervenor-Defendants Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer respectfully request that the Court enter an order dismissing the United States of America's Complaint in its entirety.

1

Dated: January 8, 2026

Megan C. Keenan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org

Respectfully submitted,

*/s/ Douglas M. Poland*
Douglas M. Poland, SBN 1055189
Scott B. Thompson, SBN 1098161
Law Forward, Inc.
222 W. Washington Ave., Ste. 680
Madison, WI 53703
dpoland@lawforward.org
sthompson@lawforward.org
608.283.9822

Ryan V. Cox, SBN 1140899
ACLU of Wisconsin Foundation, Inc.
207 East Buffalo Street, Suite 325
Milwaukee, WI 53202
Tel.: (414) 272-4032
Fax: 414-272-0182
rcox@aclu-wi.org

*Application for admission forthcoming*

*Attorneys for Proposed Intervenors Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record who have consented to electronic service. All other counsel will be served in accordance with Federal Rule of Civil Procedure 5(a).

                                                                      */s/ Douglas M. Poland*