IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 3:25-CV-1036

WISCONSIN ELECTIONS COMMISSION, et al.,

    Defendants.

## JOINT NOTICE OF NO POSITION ON MOTIONS TO INTERVENE, JOINT NOTICE OF STIPULATED EXTENSION OF RULE 12 DEADLINE, AND JOINT MOTION TO SET A BRIEFING SCHEDULE

    Plaintiff the United States of America and Defendants the Wisconsin Elections Commission, *et al.*, hereby give notice that neither takes a position on the pending motions to intervene (Dkt. 7, 33).

    Further, Plaintiff and Defendants hereby give notice that they have stipulated to extend Defendants' Rule 12 deadline to respond to the complaint to Monday, February 2, 2026.

    Further, Plaintiff and Defendants have conferred regarding a briefing schedule for motions to dismiss and have agreed to jointly propose a schedule as follows:

- Monday, February 2, 2026
    - Deadline for Defendants to move to dismiss
- Monday, March 2, 2026
    - Deadline for Plaintiff's responses to motions to dismiss
- Monday, March 16, 2026
    - Deadline for Defendant's and Intervenors' replies in support of motions to dismiss

    Counsel for Defendants has conferred with counsel for both sets of Proposed Intervenors. Both sets of Proposed Intervenors have agreed to be bound by the proposed schedule insofar as their motions to intervene are granted.

Plaintiff and Defendants respectfully move the Court for an order adopting the briefing schedule set forth above.

Dated this 16th day of January 2026.

                                        Respectfully submitted,

                                        JOSHUA L. KAUL
                                        Attorney General of Wisconsin

                                        s/ Samuel T. Ward-Packard
                                        SAMUEL T. WARD-PACKARD
                                        Assistant Attorney General
                                        State Bar #1128890

                                        CHARLOTTE GIBSON
                                        Assistant Attorney General
                                        State Bar #1038845

                                        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1765 (CG)
(608) 267-8938 (SWP)
(608) 294-2907 (Fax)
charlotte.gibson@wisdoj.gov
samuel.ward-packard@wisdoj.gov


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Assistant Attorney General
Civil Rights Division

/s/ *Brittany E. Bennett*
BRITTANY E. BENNETT
CHRISTOPHER J. GARDNER

2

Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov