IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

WISCONSIN ELECTIONS COMMISSION, MEAGAN
WOLFE, ANN S. JACOBS, MARK L. THOMSEN,
CARRIE RIEPL, DON M. MILLIS, ROBERT F.
SPINDELL, JR., and MARGE BOSTELMANN,
                Defendants,

and

COMMON CAUSE, MELISSA ADAMS,
AMANDA MAKULEC, JAIME RIEFER, WISCONSIN
ALLIANCE FOR RETIRED AMERICANS, and
FORWARD LATINO,
                Intervenor-Defendants,

ORDER

25-cv-1036-jdp

---

The court held a video scheduling conference to discuss two issues. First, the court GRANTED the motions to intervene filed by two groups of voter advocacy organizations and individual Wisconsin voters. Dkt. 7 and Dkt. 33. Second, the court set the following briefing schedule on the government's motion to compel, Dkt. 2, and defendants' forthcoming motions to dismiss:

- Wisconsin Election Commission's motion to dismiss and response to the government's motion to compel: February 2, 2026.

- Intervenor-defendants' supplemental briefs: February 12, 2026

- Government's response to the motion to dismiss and reply to the motion to compel: March 2, 2026

- Wisconsin Election Commission's reply to the motion to dismiss: March 16, 2026.

- Intervenor-defendant's supplemental submissions: March 20, 2026.

Each party's submissions should consist of a single brief addressing both the motion to dismiss and the motion to compel. In their supplemental briefs, the intervenor-defendants should raise only additional arguments not raised by the Wisconsin Elections Commission without re-hashing arguments already made. The court recognizes that intervenor-defendant Common Cause has already filed a proposed motion to dismiss and a supporting brief. Dkt. 33-2 and Dkt. 33-3. That motion is denied as moot. After the Wisconsin Elections Commission files its motion and brief, Common Cause should revise and resubmit its supporting brief to omit arguments already raised by the Wisconsin Elections Commission.

Entered January 21, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge