# COURTROOM MINUTES
# CIVIL

DATE: 1/21/2026   DAY: Wednesday   START TIME: 2:03 p.m.   END TIME: 2:19 p.m.
JUDGE/MAG.: Judge Peterson   CLERK: LAM   REPORTER: JLD
CASE NO.: 25-cv-1036-jdp   CASE NAME: USA v. Wisconsin Elections Commission et al

**APPEARANCES:**

PLAINTIFF(S): Brittany Bennett    DEFENDANT(S): Samuel Ward-Packard
Chris Gardner    Charlotte Gibson

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Status Conference

Appearances, Continued: On behalf of Intervenor Defendants Common Cause et al, Attorneys Douglas Poland, Megan Keenan, Ryan Cox; On behalf of Intervenor Defendants Voces de la Frontera et al, Attorneys Diane Welsh, David Fox, Christina Ford and Omeed Alerasool

TOTAL COURT TIME: 00:16