IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 3:25-CV-1036

WISCONSIN ELECTIONS COMMISSION, et al.,

    Defendants.

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

Please take notice that Defendants the Wisconsin Elections Commission, *et al.*, move the Court for an order under Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint (Dkt. 1) in its entirety and with prejudice. As set forth in the accompanying brief in support, the Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants request that the Court dismiss the Complaint in its entirety and with prejudice.

Dated this 2nd day of February 2026.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    s/ Samuel T. Ward-Packard
    SAMUEL T. WARD-PACKARD
    Assistant Attorney General
    State Bar #1128890

    CHARLOTTE GIBSON
    Assistant Attorney General
    State Bar #1038845

    Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8938 (SWP)
(608) 957-5218 (CG)
(608) 294-2907 (Fax)
samuel.ward-packard@wisdoj.gov
charlotte.gibson@wisdoj.gov