IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br>  v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>  *Defendants*. | 3:25-cv-1036-jdp |

**MOTION TO DISMISS OF COMMON CAUSE, MELISSA ADAMS, AMANDA MAKULEC, AND JAIME RIEFER**

In accordance with Fed. R. Civ. P. 12(b)(6), Intervenor-Defendants Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer (collectively, the "Common Cause Intervenors") move the Court to dismiss the Complaint filed by the United States of America, Dkt. 1. Because the United States has not provided a statutorily sufficient basis and purpose to support the relief it seeks in its Complaint—a demand that the Court order the Wisconsin Elections Commission, its Commissioners, and its Administrator to produce to the United States Wisconsin's unredacted voter file—the Complaint should be dismissed. Moreover, to the extent necessary, the Court should also deny the United States' outstanding motion to compel, Dkt. 2. The grounds supporting the Common Cause Intervenors' Motion to Dismiss are set forth in the accompanying brief, as well as the opening brief submitted by the Wisconsin Elections Commission, Dkt. 58.

WHEREFORE, Intervenor-Defendants Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer respectfully request that the Court enter an

1

order dismissing the United States' Complaint in its entirety and, to the extent necessary, denying the United States' Motion to Compel.

Dated: February 12, 2026

Jonathan Topaz
Theresa J. Lee
Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
jtopaz@aclu.org
tlee@aclu.org
slakin@aclu.org

Respectfully submitted,

*/s/ Ryan V. Cox*
Ryan V. Cox, SBN 1140899
ACLU of Wisconsin Foundation, Inc.
207 East Buffalo Street, Suite 325
Milwaukee, WI 53202
Tel.: (414) 272-4032
Fax: 414-272-0182
rcox@aclu-wi.org

Douglas M. Poland, SBN 1055189
Scott B. Thompson, SBN 1098161
Law Forward, Inc.
222 W. Washington Ave., Ste. 680
Madison, WI 53703
dpoland@lawforward.org
sthompson@lawforward.org
608.283.9822

*Attorneys for Proposed Intervenors Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer*