# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>*Defendants*. | 25-cv-1036-jdp |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Attorney David D. Vandenberg has withdrawn his appearance as counsel on behalf of Plaintiff, United States of America. The United States will continue to be represented by Attorneys Neff, Bennett, and Voiland.

Please remove Attorney Vandenberg from the docket in this case and from the Court's electronic service list in this case.

Dated: February 23, 2026

                                                Respectfully submitted,

                                              /s/ Joseph W. Voiland
                                             ERIC V. NEFF
                                             BRITTANY E. BENNETT
                                             JOSEPH W. VOILAND
                                             Trial Attorneys, Voting Section
                                             Civil Rights Division
                                             4 Constitution Square
                                             150 M Street
                                             Washington, D.C. 20002
                                             eric.neff@usdoj.gov
                                             brittany.bennett@usdoj.gov
                                             joseph.voiland@usdoj.gov
                                             Tel. (202) 704-5430
                                             Attorneys for the United States