IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                          Case No. 25-CV-1036

WISCONSIN ELECTIONS COMMISSION, et al.,

      Defendants.

## NOTICE OF WITHDRAWAL OF WARD-PACKARD

PLEASE TAKE NOTICE that Assistant Attorney General Samuel T. Ward-Packard hereby withdraws as counsel to Defendants.

Defendants will continue to be represented in this matter by Assistant Attorney General Charlotte Gibson.

Dated this 2nd day of April 2026.

                                Respectfully submitted,

                                JOSHUA L. KAUL
                                Attorney General of Wisconsin

                                s/ Samuel T. Ward-Packard
                                Samuel T. Ward-Packard
                                Assistant Attorney General
                                State Bar # 1128890

                                Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8938
(608) 294-2907 (Fax)
samuel.ward-packard@wisdoj.gov

2