**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 3:25-cv-01036-JDP |
| WISCONSIN ELECTIONS COMMISSION, *et al.*, | |
| Defendants, | |
| WISCONSIN ALLIANCE FOR RETIRED AMERICANS, FORWARD LATINO, | |
| Intervenor-Defendants, | |
| COMMON CAUSE, *et al.*, | |
| Intervenor-Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY OF INTERVENOR-DEFENDANTS
WISCONSIN ALLIANCE FOR RETIRED AMERICANS AND FORWARD LATINO**

Intervenor-Defendants Wisconsin Alliance for Retired Americans and Forward Latino respectfully provide the Court notice of supplemental authority supporting Defendants' Motion to Dismiss. *See* Dkt. No. 56. Today, in DOJ's parallel suit against Rhode Island, the district court entered an order dismissing the complaint on the grounds that DOJ failed to state a basis and sufficient purpose for its demand as required by Title III of the Civil Rights Act of 1960. *See United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), Dkt. No. 51 (attached as Exhibit A); *see also* Dkt. No. 58 at 22–29; Dkt. No. 65 at 3–8; Dkt. No. 78 at 3–11. The court also rejected DOJ's request to "cure" the problems with its initial demand letter,

explaining that the letter "lacks a legally sufficient purpose" and therefore cannot be cured. Ex. A at 13.

Five courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: April 17, 2026

*Respectfully submitted,*

*/s/ David R. Fox*

| | |
|---|---|
| Diane M. Welsh | David R. Fox |
| (Wisconsin State Bar No. 1030940) | Christina Ford |
| Christa O. Westerberg | Omeed Alerasool |
| (Wisconsin State Bar No. 1040530) | **ELIAS LAW GROUP LLP** |
| **PINES BACH LLP** | 250 Massachusetts Ave. NW, Suite 400 |
| 122 West Washington Ave., Suite 900 | Washington, DC 20001 |
| Madison, WI 53703 | T: (202) 968-4490 |
| T: (608) 251-0101 | F: (202) 968-4498 |
| F: (608) 251-2883 | dfox@elias.law |
| dwelsh@pinesbach.com | cford@elias.law |
| cwesterberg@pinesbach.com | oalerasool@elias.law |

*Counsel for Intervenor-Defendants*
*Wisconsin Alliance for Retired Americans and Forward Latino*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ David R. Fox*
David R. Fox