IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

WISCONSIN ELECTIONS COMMISSION,
MEAGAN WOLFE, ANN S. JACOBS,          Case No. 25-cv-1036-jdp
MARK L. THOMSEN, CARRIE RIEPL,
DON M. MILLIS, ROBERT F. SPINDELL, JR.,
and MARGE BOSTELMANN,

       Defendants,

   and

COMMON CAUSE, MELISSA ADAMS,
AMANDA MAKULEC, JAIME RIEFER,
WISCONSIN ALLIANCE FOR RETIRED
AMERICANS, and FORWARD LATINO,

       Intervenor-Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Wisconsin Elections Commission, Meagan Wolfe, Ann S. Jacobs, Mark L.

Thomsen, Carrie Riepl, Don M. Millis, Robert F. Spindell, Jr., Marge Bostelmann, and

intervenor-defendant Common Cause against plaintiff United States of America

dismissing this case.

| | |
|---|---|
| s/ Deputy Clerk | 5/27/2026 |
| Joel Turner, Clerk of Court | Date |