**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION,<br>et al.,<br><br>Defendants. | Civil Case No.: 3:25-cv-1036-JDP |

**NOTICE OF APPEAL**

Plaintiff UNITED STATES OF AMERICA, by and through the Attorney General, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order denying the United States' Motion to Compel and granting Defendants' Motion to Dismiss and Intervenors' Motions to Dismiss (ECF 89) and final judgment (ECF 90) entered in this action on May 21, 2026 and May 27, 2026, respectively.

Dated: June 5, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

1

ANDREW G. BRANIFF
Acting Chief, Appellate Section

/s/ Joseph W. Voiland
JOSEPH W. VOILAND
ALEXANDER D. KEELY
Trial Attorneys, Voting Section
Civil Rights Division
4 Constitution Square
Washington, D.C. 20002
Telephone: (202) 353.5318
Joseph.Voiland@usdoj.gov

Attorneys for the United States of America